**Warren JOBSON, Plaintiff,**

**v.**

**Frank R. HENNE, Edward D. Stevenson, Murray Bergman and Michael Semchyshyn, Defendants.**

**Civ. No. 10614.**

United States District Court
W. D. New York.

Feb. 14, 1964.

A. E. Schulgasser, Buffalo, N. Y., for plaintiff.

Louis J. Lefkowitz, Atty. Gen. of New York (Douglas S. Dales, Jr., of counsel), for defendants.

HENDERSON, District Judge.

Motion by plaintiff pursuant to Rule 34 of the Federal Rules of Civil Procedure for an order directing the production and inspection of certain documents and records of the Newark State School for Mental Defectives.

As the state school is not a party to this action, its records are not subject to production or discovery under Rule 34. The motion is denied. So ordered.